**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Berkadia Real Estate Advisors LLC, | No. CV-22-00049-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Arthur R Wadlund, et al., | |
| Defendants. | |

Defendants/Counterclaimants seek leave of the Court to file a 34-page joint dispositive motion exceeding the 17-pages allowed by Rule 7.2(e)(1). They seek the same number of pages as if each were filing a separate motion. The Plaintiff/Counterdefendant objects.

The Court agrees that Defendants/Counterclaimants should file a consolidated dispositive motion because the case overlaps between the two. The Court will approve an over-page motion to the extent it is necessary to fully address the issues. The Defendants/Counterclaimants may re-urge the request to exceed the page limit when they file the dispositive motion. In this way the Court will be able to assess the need for extra pages.

**Accordingly,**

**IT IS ORDERED** that the Motion to Consolidate Motions for Summary Judgment and Equal the Page Limitation for the Two Motions (Doc. 203) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that the Defendants/Counterclaimants shall file a consolidated dispositive motion.

**IT IS FURTHER ORDERED** that the request to file a dispositive motion exceeding the 14-page limit is DENIED without prejudice to being reurged simultaneously with the filing of the dispositive motion.

**IT IS FURTHER ORDERED** that if any Response or Reply to the consolidated dispositive motion needs extra pages, any request to exceed the page limit shall be filed simultaneous with the over-length brief.

Dated this 20th day of September, 2023.

_____
Honorable Cindy K. Jorgenson
United States District Judge