**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Berkadia Real Estate Advisors LLC, | No. CV-22-00049-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Arthur R Wadlund, et al., | |
| Defendants. | |

On August 30, 2023, the Court granted in part and denied in part Plaintiff's Motion to Compel. On September 13, 2023, the Plaintiff filed a Motion for Reconsideration of the denial of the motion to compel in part related to A. Wadlund's 2012 tax return because the Court misunderstood the Plaintiff's position. The Court found that Plaintiff's agreement to limit the disclosure to protect A. Wadlund's confidentiality interests would allow him to respond to this discovery by making a party admission in lieu of disclosing his tax return. Plaintiff corrects the Court's misconception of its position. Plaintiff does not agree to allow A. Wadlund to make a party admission; Plaintiff wants the 2012 tax return to show the jury that A. Wadlund did claim the proceeds from the Phantom Stock as capital gains and not, as he now asserts, as income. Plaintiff made this clarification September 13, 2023, the day before the Court issued its order denying Plaintiff's Motion for Sanctions.

On September 14, 2023, when the Court denied the request for sanctions, it also noted that *in camera* review of A. Wadlund's 2012 tax return reflected he did not claim the

/////

proceeds from the Phantom Stock sale as capital gains. Accordingly, there is no need for A. Wadlund to produce the tax return.

**Accordingly,**

**IT IS ORDERED** that the Motion for Reconsideration (Doc. 200) is DENIED.

Dated this 21st day of September, 2023.

_Cindy K. Jorgenson_
Honorable Cindy K. Jorgenson
United States District Judge