WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Berkadia Real Estate Advisors LLC,<br><br>Plaintiff,<br><br>v.<br><br>Arthur R Wadlund, et al.,<br><br>Defendants. | No. CV-22-00049-TUC-CKJ<br><br>**ORDER** |
| Arthur R Wadlund, et al.,<br><br>Counterclaimants,<br><br>v.<br><br>Berkadia Real Estate Advisors LLC,<br><br>Counterdefendant. | |

The parties having so stipulated, and good cause appearing,

**Accordingly,**

**IT IS ORDERED** dismissing the entirety of the above-captioned action with prejudice, each party will bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 5th day of November, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge